UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| John Doe (Claimant #1),<br>    Petitioner,<br><br>  v.<br><br>United States Securities and<br>Exchange Commission,<br>    Respondent. | Case No. 21-1132 |

## UNOPPOSED MOTION TO FILE UNDER SEAL

  Petitioner hereby requests to file this case – and any information that might identify the Petitioner – under seal, and for Petitioner to proceed as John Doe. Petitioner has conferred with Respondent's with counsel, who have consented to this request. Good cause exists for granting this motion.

  Pursuant to 15 U.S.C. § 78u-6(h)(2)(A) and 17 C.F.R. § 240.21F-7, Petitioner's identity is required to be treated as confidential by the SEC. Under Circuit Rule 47.1(a), which requires any record placed under seal before an agency to remain under seal in this Court, that confidentiality should be maintained in these proceedings.

  The unredacted Order that is the subject of this petition is attached as Exhibit 1. Petitioner requests that this unredacted Order not be docketed publicly and that it remain under seal pursuant to 15 U.S.C. § 78u-6(h)(2)(A) and Circuit Rule 47.1(a), as it will reveal his identity. A Proposed Order is attached with this Motion.

                       Respectfully submitted,

*/s/ Stephen M. Kohn*
Stephen M. Kohn
Kohn, Kohn & Colapinto
1710 N St. NW
Washington, DC 20036

Attorney for Petitioner

Dated: June 2, 2021

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| John Doe (Claimant #1),<br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>United States Securities and<br>Exchange Commission,<br>　　　　　　Respondent. | Case No. 21-1132 |

**PROPOSED ORDER**

Upon consideration of the motion to proceed as John Doe and for an order providing for the filing under seal any information that might reveal Petitioner's identity, it is

ORDERED that the motion be granted. Petitioner is hereby granted leave to proceed as John Doe. Petitioner's name and identifying information, including Exhibit 1 to the Petition, shall not appear on this Court's public docket or any publicly-available document in this case. It is

FURTHER ORDERED that the parties file under seal any documents that could reasonably be expected to reveal Petitioner's identity. *See* 15 U.S.C. § 78u-6(h)(2)(a); 17 C.F.R. § 240F.21-7(a); *see also* D.C. Cir. Rule 47.1(a).

# **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to Fed. R. App. P. 25(c), I served copies of the foregoing Petition for Review and Motion to File Under Seal on June 2, 2021 via U.S. mail upon:

Emily Pasquinelli, Acting Chief
Office of the Whistleblower
U.S. Securities and Exchange Commission
100 F St. NE
Mail Stop 5631
Washington, DC 20549

William K. Shirey
Office of General Counsel
U.S. Securities and Exchange Commission
100 F St. NE
Washington, DC 20549
ShireyW@sec.gov

Martin Totarom
Office of General Counsel
U.S. Securities and Exchange Commission
100 F St. NE
Washington, DC 20549
TotaroM@sec.gov

*/s/ Stephen M. Kohn*